# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN ZINKE, in his official capacity as Secretary of the Interior; STEVE BULLOCK, in his official capacity as Governor of the State of Montana; MONTANA DEPARTMENT OF LIVESTOCK; MONTANA DEPARTMENT OF FISH, WILDLIFE, AND PARKS; DAN WENK, in his official capacity as Park Superintendent, Yellowstone National Park; LEANNE MARTEN, in her official capacity as Regional Forester, U.S. Forest Service; NATIONAL PARK SERVICE; U.S. FOREST SERVICE; USDA-ANIMAL & PLANT HEALTH INSPECTION SERVICE,<br><br>Defendants. | No. CV 18-12-BU-SEH<br><br>**ORDER** |

At 4:57 p.m. MST on February 8, 2018, Plaintiff submitted a Complaint for Declaratory and Injunctive Relief. At 5:27 p.m. MST on February 8, 2018,

Plaintiff submitted its Motion for Temporary Restraining Order and attached Memorandum in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction.

The case was opened and assigned to this Court under Standing Order DLC-37 at 10:07 a.m. MST on February 9, 2018, at 10:07 a.m. MST, at which time the filings were first available to the Court for screening and review.

This Court may issue a temporary restraining order without written or oral notice to the adverse party or its attorneys only if the requirements of Fed. R. Civ. P. 65(b) and (c) are fully met and satisfied. The documents filed and of record in this case fail to meet those requirements.

ORDERED:

Plaintiff's Motion for Temporary Restraining Order[1] is DENIED.

DATED this 9th day of February, 2018.

SAM E. HADDON
United States District Judge

---

[1] Doc. 2.