IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED
APR 2 7 2018
Clerk, U.S. District Court
District Of Montana
Helena

| COTTONWOOD ENVIRONMENTAL LAW CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN ZINKE, in his official capacity as Secretary of the Interior; STEVE BULLOCK, in his official capacity as Governor of the State of Montana; MONTANA DEPARTMENT OF LIVESTOCK; MONTANA DEPARTMENT OF FISH, WILDLIFE, AND PARKS; DAN WENK, in his official capacity as Park Superintendent, Yellowstone National Park; LEANNE MARTEN, in her official capacity as Regional Forester, U.S. Forest Service; NATIONAL PARK SERVICE; U.S. FOREST SERVICE; USDA-ANIMAL & PLANT HEALTH INSPECTION SERVICE,<br><br>Defendants. | No. CV 18-12-BU-SEH<br><br>**ORDER** |
|---|---|

Pending before the Court is Intervenors' Unopposed Motion for

Intervention.[1] The motion recites, *inter alia*, "Counsel for the other parties have

---

[1] Doc. 15.

been contacted pursuant to L.R. 7.1(c)(1). The United States takes no position on this motion and the remaining parties are unopposed."[2]

The statement of "no position" is unacceptable as a response to the L.R. 7.1(c)(1) inquiry.

ORDERED:

The federal defendants will file a definite declaration on or before April 27, 2018, as to whether they do or do not oppose the motion.

DATED this 27th day of April, 2018.

SAM E. HADDON
United States District Judge

---

[2] Doc. 15 at 2.