# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the Interior; STEVE BULLOCK, in his official capacity as Governor of the State of Montana; CAM SHOLLY, in his official capacity as Park Superintendent, Yellowstone National Park; LEANNE MARTEN, in her official capacity as Regional Forester, U.S. Forest Service; NATIONAL PARK SERVICE; U.S. FOREST SERVICE; USDA-ANIMAL & PLANT HEALTH INSPECTION SERVICE,<br><br>Defendants. | No. CV 18-12-BU-SEH<br><br>**ORDER** |

Pending before the Court are Plaintiff's Motion to Consolidate[1] and Governor's Unopposed Motion to Stay the Time to File Answer.[2]

---

[1] Doc. 89.

[2] Doc. 97.

ORDERED:

1.   Governor's Unopposed Motion to Stay the Time to File Answer[3] is GRANTED.

2.   Defendant Bullock shall file his answer or other appropriate responsive pleading to the Third Amended Complaint for Declaratory and Injunctive Relief[4] within 14 days of the Court's ruling on Plaintiff's Motion to Consolidate.[5]

FURTHER ORDERED:

1.   The Court will conduct a hearing on the record on Plaintiff's Motion to Consolidate[6] via telephone conference call at 10:00 a.m. (MST) on March 31, 2020.

/ / /

/ / /

/ / /

---

[3] Doc. 97.

[4] Doc. 91.

[5] Doc. 89.

[6] Doc. 89.

2.   Counsel for the parties shall file a notice on or before March 20, 2020, stating the number at which he or she may be reached for the call.

DATED this 16th day of March, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge