# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the Interior; STEVE BULLOCK, in his official capacity as Governor of the State of Montana; CAM SHOLLY, in his official capacity as Park Superintendent, Yellowstone National Park; LEANNE MARTEN, in her official capacity as Regional Forester, U.S. Forest Service; NATIONAL PARK SERVICE; U.S. FOREST SERVICE; USDA-ANIMAL & PLANT HEALTH INSPECTION SERVICE,<br><br>Defendants. | No. CV 18-12-BU-SEH<br><br>**ORDER** |

On March 24, 2020, Neighbors Against Bison Slaughter and Bonnie Lynn, neither of whom is a party to this action, filed a Motion for Leave to Appear at the March 31, 2020, Hearing on Plaintiff's Motion to Consolidate,[1] seeking to respond to inquiries or questions which might be posed by the Court at the hearing on

---

[1] Doc. 106.

Plaintiff's Motion to Consolidate.[2] Neither requested to appear as a friend of the court or to be joined as a party under the Federal Rules of Civil Procedure.[3]

The Federal Defendants oppose the motion.[4] Plaintiff and Defendant Steve Bullock do not oppose the motion.[5]

In order to afford the Court adequate opportunity to fully consider issues presented by the pending motions,[6]

ORDERED:

The hearing on Plaintiff's Motion to Consolidate[7] set for 10:00 a.m. (MST) on March 31, 2020, is VACATED to be reset by further order of Court.

DATED this 27th day of March, 2020.

SAM E. HADDON
United States District Judge

---

[2] Doc. 89.

[3] *See* FED. R. CIV. P. 8, 9, 12–15, 17–20, and 22.

[4] *See* Doc. 106 at 2.

[5] *See* Doc. 106 at 2. Counsel for some of the parties have stated in filings an intention to file response and reply briefs by March 29, 2020.

[6] *See* Docs. 89 and 106.

[7] Doc. 89.