# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the Interior; STEVE BULLOCK, in his official capacity as Governor of the State of Montana; CAM SHOLLY, in his official capacity as Park Superintendent, Yellowstone National Park; LEANNE MARTEN, in her official capacity as Regional Forester, U.S. Forest Service; NATIONAL PARK SERVICE; U.S. FOREST SERVICE; USDA-ANIMAL & PLANT HEALTH INSPECTION SERVICE,<br><br>Defendants. | No. CV 18-12-BU-SEH<br><br>**ORDER** |

On April 14, 2020, the Court conducted a hearing on the record on Plaintiff's Motion to Consolidate.[1]

---

[1] Doc. 89.

Upon the record made in open Court,

ORDERED:

1. Plaintiff's Motion to Consolidate[2] is DENIED.

2. Defendant Steve Bullock shall file an answer or other appropriate responsive pleading to the Third Amended Complaint for Declaratory and Injunctive Relief[3] on or before May 1, 2020.

DATED this 14th day of April, 2020.

SAM E. HADDON
United States District Judge

---

[2] Doc. 89.

[3] Doc. 91.

2