# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the Interior; STEVE BULLOCK, in his official capacity as Governor of the State of Montana; CAM SHOLLY, in his official capacity as Park Superintendent, Yellowstone National Park; LEANNE MARTEN, in her official capacity as Regional Forester, U.S. Forest Service; NATIONAL PARK SERVICE; U.S. FOREST SERVICE; USDA-ANIMAL & PLANT HEALTH INSPECTION SERVICE,<br><br>Defendants. | No. CV 18-12-BU-SEH<br><br>**ORDER** |

On May 29, 2020, Jennifer A. Najjar, Esq., who represents the Federal Defendants with Mark S. Smith, Esq., filed a Motion to Appear Telephonically at June 8, 2020 Hearing.[1]

---

[1] Doc. 140.

Mr. Smith intends to appear in person at the June 8, 2020, hearing and Ms. Najjar seeks to appear by phone.[2] The motion is unopposed.[3]

ORDERED:

1. The Motion to Appear Telephonically at June 8, 2020 Hearing[4] is GRANTED.

2. The call-in number Ms. Najjar shall use for the hearing is 1-888-273-3658 and the access code is 8690899. For further information regarding instructions to connect for telephonic hearings, visit https://www.mtd.uscourts.gov/covid-19-telephonic-hearing-information.

3. All other counsel are expected to attend the June 8, 2020, hearing in person.

DATED this 1st day of June, 2020.

SAM E. HADDON
United States District Judge

---

[2] *See* Doc. 140 at 2.

[3] *See* Doc. 140 at 2.

[4] Doc. 140.