# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| COTTONWOOD ENVIRONMENTAL LAW CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the Interior; CAM SHOLLY, in his official capacity as Park Superintendent, Yellowstone National Park; LEANNE MARTEN, in her official capacity as Regional Forester, U.S. Forest Service; NATIONAL PARK SERVICE; U.S. FOREST SERVICE; USDA-ANIMAL & PLANT HEALTH INSPECTION SERVICE,<br><br>Defendants. | No. CV 18-12-BU-SEH<br><br>**ORDER** |

On June 29, 2020, Governor Bullock filed a Motion to Quash "[Plaintiff's] subpoena to compel Governor Bullock's testimony at the upcoming preliminary injunction hearing."[1] The Court dismissed Bullock from the case on June 30,

---

[1] Doc. 154 at 2.

2020.[2] On July 6, 2020, the Court vacated the evidentiary hearing on the Motion for Preliminary Injunction[3] set for July 14, 2020.[4]

ORDERED:

Governor Bullock's Motion to Quash[5] is DENIED AS MOOT.

DATED this 7th day of July, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] *See* Doc. 212 at 13.

[3] Doc. 113.

[4] *See* Doc. 247 at 2.

[5] Doc. 154.