ANDREW J. CZIOK
Assistant Attorney General
Agency Legal Services Bureau
Montana Department of Justice
P.O. Box 201440
Helena, MT 59620-1440
T: (406) 444-2071
Andrew.Cziok@mt.gov

*Attorney for Governor Steve Bullock*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| COTTONWOOD ENVIRONMENTAL LAW CENTER,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BERNHARDT, et al.,<br><br>Defendants. | Case No. CV-18-12-BU-SEH<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |
|---|---|

Pursuant to Local Rule 83.3(a), Assistant Attorney General Andrew J. Cziok hereby gives notice to the Court and opposing counsel that he is substituting as counsel of record for Governor Steve Bullock in place of Raphael Graybill and Rylee Sommers-Flanagan.

DATED this 16th day of December 2020.

By: */s/ Andrew J. Cziok*
Andrew J. Cziok
Assistant Attorney General
Agency Legal Services Bureau

*/s/ Raphael Graybill*
Raphael Graybill
Chief Legal Counsel
Office of Governor Steve Bullock

*/s/ Rylee Sommers-Flanagan*
Rylee Sommers-Flanagan
Deputy Chief Counsel
Office of Governor Steve Bullock